UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23275-CIV-COHN/SELTZER

ADEL BRAHIM,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General,

    Respondent.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the separately entered Order Granting Defendant's Motion to Dismiss. Accordingly it is hereby

**ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Defendant Eric H. Holder, Jr., Attorney General and against Plaintiff Adel Brahim. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of June, 2014.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF